DAJ
Case 1:08-cv-00385    Document 5    Filed 01/17/2008    Page 1 of 2

FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 385**

| | |
|---|---|
| SHAWN HOLBROOK, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>) |

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

### DEFENDANT'S NOTICE OF AFFILIATES

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, the undersigned attorneys for Defendant state that the nongovernmental Defendant Marriott International, Inc. does not have a parent corporation and no publicly held corporation owns more than 5% of Marriott International, Inc.

**DATED: January 17, 2008**          Respectfully submitted,


                                      By: /s/    Colin M. Connor
                                           One of Their Attorneys

Noah A. Finkel
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000

CH1 11392657.1

**CERTIFICATE OF SERVICE**

I, Colin M. Connor, attorney for Defendant Marriott International, Inc., certify that I caused to be served upon Plaintiff a copy of DEFENDANT'S NOTICE OF AFFILIATES on January 17, 2008 via Federal Express from 131 S. Dearborn, Suite 2400, Chicago, IL 60603.

| | |
|---|---|
| Terrence Buehler | Daniel K. Touhy |
| Jeffrey J. Hallding | Touhy & Touhy, Ltd.t |
| Buehler & Williams | 161 North Clark Street |
| 161 North Clark Street | Suite 2210 |
| Suite 2210 | Chicago, IL 60661 |
| Chicago, IL 60661 | |

/s/     Colin M. Connor

2