

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   **CLERK**

January 18, 2008

(312)435-5691

P. Terrence Buehler
Buehler & Williams
161 North Clark Street
Suite 2210
Chicago, IL 60601

RE:             Holbrook v. Marriott International Inc.
USDC Case No.    08 C 385 -   Judge Amy J. St. Eve

Dear Counselor:

The records of this office indicate that on January 17, 2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.  The notice lists the circuit court case number as 07 CH 35691. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

                            Sincerely yours,

                            Michael W. Dobbins, Clerk


                            By:    s/ Haydee Pawlowski
                                   Deputy Clerk

Enclosure