## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHAWN HOLBROOK, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | Case No. 08 C 385 |
| Plaintiff, ) | |
| ) | Judge Amy J. St. Eve |
| v. ) | |
| ) | Magistrate Judge Arlander Keys |
| MARRIOTT INTERNATIONAL, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Noah A. Finkel
        Colin M. Connor
        SEYFARTH SHAW LLP
        131 South Dearborn Street
        Suite 2400
        Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on February 7, 2008, at 8:30 a.m., I will appear before the Honorable Amy J. St. Eve, in Room 1241 at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present PLAINTIFF'S MOTION TO REMAND.

                                                    /s/   Jeffrey J. Halldin
                                                    BUEHLER & WILLIAMS
                                                    Attorney for Plaintiff
                                                    161 North Clark Street
                                                    Suite 2210
                                                    Chicago, Illinois 60601
                                                    Phone: (312) 372-2209
                                                    Fax:    (312) 456-3838
                                                    jhalldin@touhylaw.com

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

The undersigned hereby certifies that on February 4, 2008, he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

Noah A. Finkel

Collin M. Connor

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

(Not Applicable)

/s/     Jeffrey J. Halldin
BUEHLER & WILLIAMS
Attorney for Plaintiff
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
Phone: (312) 372-2209
Fax:    (312) 456-3838
jhalldin@touhylaw.com