UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Shawn Holbrook
                        Plaintiff,

v.                                          Case No.: 1:08−cv−00385
                                                    Honorable Amy J. St. Eve

Marriott International Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Shawn Holbrook to remand [12] is entered. Response due 2/28/2008. Reply due 3/6/2008. Status hearing held on 2/7/2008. Rule 26(a)(1) disclosures due by 3/3/2008. Written discovery to be issued by 3/7/2008. Fact discovery ordered closed by 8/28/2008. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 4/3/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.