IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN HOLBROOK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>        Defendant. | Case No. 08 CV 385<br><br>Judge St. Eve<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

TO:    Terrence Buehler                             Daniel K. Touhy
        Jeffrey J. Halldin                           TOUHY & TOUHY, LTD
        BUEHLER & WILLIAMS            161 North Clark Street
        161 North Clark Street               Suite 2210
        Suite 2210                                     Chicago, Illinois 60601
        Chicago, Illinois 60601

       PLEASE TAKE NOTICE, that on Wednesday, March 12, 2008 at 8:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Amy St. Eve in Room 1241 at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached *Defendant's Motion For Leave To File An Amended Answer*, a copy of which is attached and hereby served upon you.

**DATED: March 5, 2008**                          Respectfully submitted,


                                                        By:  /s/     Colin M. Connor
                                                                   One of Their Attorneys

Noah A. Finkel
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603-5577
312-460-5000

CH1 11426569.1

**CERTIFICATE OF SERVICE**

I, Colin Connor, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing *Notice of Motion* to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following on this 5th day of March, 2008:

> Terrence Buehler
> Jeffrey J. Halldin
> BUEHLER & WILLIAMS
> 161 North Clark Street
> Suite 2210
> Chicago, Illinois 60601
>
> Daniel K. Touhy
> TOUHY & TOUHY, LTD.
> 161 North Clark Street
> Suite 2210
> Chicago, Illinois 60601

/s/     Colin M. Connor