IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN HOLBROOK, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>  Defendant. | Case No. 08 CV 385<br><br>Judge St. Eve<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

TO:  Terrence Buehler               Daniel K. Touhy
     Jeffrey J. Halldin             TOUHY & TOUHY, LTD
     BUEHLER & WILLIAMS             161 North Clark Street
     161 North Clark Street         Suite 2210
     Suite 2210                     Chicago, Illinois 60601
     Chicago, Illinois 60601

PLEASE TAKE NOTICE, that on Monday, April 21, 2008 at 8:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Amy St. Eve in Room 1241 at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached *Agreed Motion for Entry of Joint Stipulated Confidentiality Agreement and Protective Order*, a copy of which is attached and hereby served upon you.

**DATED: April 16, 2008**                Respectfully submitted,


                                         By:  /s/      Colin M. Connor
                                                 One of Their Attorneys


Noah A. Finkel
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603-5577
312-460-5000

CH1 11456177.1

**CERTIFICATE OF SERVICE**

I, Colin Connor, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing *Notice of Motion* to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following on this 16th day of April, 2008:

>Terrence Buehler
>Jeffrey J. Halldin
>BUEHLER & WILLIAMS
>161 North Clark Street
>Suite 2210
>Chicago, Illinois 60601
>
>Daniel K. Touhy
>TOUHY & TOUHY, LTD.
>161 North Clark Street
>Suite 2210
>Chicago, Illinois 60601

/s/     Colin M. Connor

CH1 11456177.1