# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 385 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Holbrook vs. Marriott International, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Joint Stipulated Confidentiality Agreement and Protective Order. The Protective Order governs pre-trial proceedings only. Parties need leave of court prior to filing any documents Under Seal. Parties to file a motion to retrieve any documents filed Under Seal within 60 days after the close of this case. If a party fails to file a motion, any documents under seal will become part of the public record.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TH |
|---|---|---|---|

