UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Shawn Holbrook
          Plaintiff,

v.                                          Case No.: 1:08−cv−00385
                                              Honorable Amy J. St. Eve

Marriott International Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/5/2008. Parties have reached a settlement. Settlement Agreement to be submitted to the Court for in camera review by 6/12/2008, as stated in open court. Case is dismissed without prejudice with leave to reinstate by or on 6/30/2008. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.