# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 385 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Holbrook vs. Marriott Int'l | | |

**DOCKET ENTRY TEXT**

Enter Order Approving Settlement and of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT FILED 2008 JUN 13 AM 8:13 | Courtroom Deputy Initials: | KF |
|---|---|---|---|