## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SHAWN HOLBROOK, on behalf of        )
himself and all others similarly situated  )
                                    )   Case No. 08 CV 385
          Plaintiff,                )
                                    )   Judge St. Eve
v.                                  )
                                    )   Magistrate Judge Keys
MARRIOTT INTERNATIONAL, INC.,       )
                                    )
          Defendant.                )
                                    )

## ORDER APPROVING SETTLEMENT AND OF DISMISSAL

**THIS CAUSE** having come before the Court on the review of the parties' settlement

agreement, it is hereby:

ORDERED AND ADJUDGED as follows:

1.     This Court hereby accepts and approves the proposed settlement and holds that

the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide

dispute over the provisions of the Fair Labor Standards Act; and

2.     The above cause be and the same is hereby **DISMISSED WITH PREJUDICE**

to the Plaintiff; each party to bear their own attorneys' fees and costs. Plaintiff may reinstate this

action, as previously ordered, by or on June 30, 2008 if Defendant fails to comply with its

obligations to Plaintiff pursuant to the terms of the settlement agreement. **THIS CASE IS**

**CLOSED.**

**DONE AND ORDERED** this 12th day of June 2008.

_____.
Amy St. Eve
United States District Judge